to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Ellsworth C. Alvord* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Lucius A. Buck* for the United States.

No. 257. W. H. BRADFORD & CO., INC. *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Court of Claims denied. *Mr. Paul Armitage* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. George H. Foster* for the United States.

No. 81. UNITED STATES *v.* CLARKE, EXECUTOR. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Solicitor General Biggs* for the United States. *Mr. William B. Bodine* for respondent.

No. 242. UNITED STATES *v.* UNION TRUST CO., EXECUTOR. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Biggs* for the United States. *Mr. Daniel M. Beach* for respondent.

No. 82. DONNELLEY ET AL., COEXECUTORS; *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Edward H. McDermott, Ellsworth C. Alvord,* and *Floyd F. Toomey* for petitioners. *Solicitor General Biggs, Assist-*